UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GEMINI INSURANCE CO. et al.,<br><br>　　　　Defendants. | 2:13-cv-02211-RCJ-PAL<br><br>**ORDER** |

　　　Plaintiff Insurance Company of the State of Pennsylvania sued three Defendants in diversity in this Court on December 2, 2013, seeking several declarations as to the parties' rights and responsibilities under excess liability insurance policies, as well as monetary damages under theories of equitable subrogation and indemnity. No Defendant has appeared, and no evidence of service appears in the record, except for a December 12, 2013 waiver of service by Defendant Gemini Insurance Co. ("Gemini") indicating that is has sixty (60) days from December 10, 2013 to answer or defend under Rule 12. (*See* Waiver of Service, Dec. 12, 2013, ECF No. 24).

　　　Plaintiff, however, filed two offensive motions for summary judgment on December 3 and 4, 2013, respectively. No party had been served or had waived service when Plaintiff filed those motions. In fact, the Clerk had not yet even issued the Summonses. Rule 56(b) permits a party to file such a motion at any time before 30 days after the close of discovery. The motions

are therefore not technically premature.  However, the time to respond to the motions in this case will expire before the non-movants are required to appear and defend.  It is clear that a prejudicial due process violation would result from the adjudication of an offensive summary judgment motion in favor of a plaintiff at a time when the relevant defendant has time remaining to answer or otherwise defend, or, moreover, has not even yet been served with a summons and complaint or waived service thereof.  The Court will therefore deny the motions, without prejudice.  Plaintiff may refile the motions, if necessary, after all parties have been served, have waived service, or have defaulted, and after the time to file an answer or otherwise defend under Rule 12 has lapsed.

## CONCLUSION

IT IS HEREBY ORDERED that the Motions for Summary Judgment (ECF Nos. 7, 10) are DENIED.

IT IS FURTHER ORDERED that the Motion to Seal (ECF No. 13) is DENIED as moot.

IT IS SO ORDERED.

]Dated this 10th day of January, 2014.

_____
ROBERT C. JONES
United States District Judge