# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>    Plaintiff,<br><br>v.<br><br>GEMINI INSURANCE COMPANY, *et al.,*<br><br>    Defendants. | Case No. 2:13-cv-02211-RCJ-PAL<br><br>ORDER |

The court entered a discovery plan and scheduling order for this case on April 1, 2014. The Order (Dkt. #40) established August 11, 2014 as the discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e).

Pursuant to the direction of the district judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the Trial Date in this matter is set for **December 16, 2014, at 9:00 a.m.,** with Calendar Call on **December 8, 2014, at 1:30 p.m.,** before Judge Robert C. Jones.

Dated this 15th day of April, 2014.

Peggy A. Leen
United States Magistrate Judge